1128

No. 96–7702. BOYKINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7708. ROWE *v.* BOARD OF EDUCATION OF THE CITY OF CHATTANOOGA, TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 96–7718. EDELBACHER *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 96–7719. DIES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7721. SMART *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–7722. RYION *v.* UNITED STATES;
No. 96–7736. BRUCE *v.* UNITED STATES;
No. 96–7745. BRUCE *v.* UNITED STATES; and
No. 96–7767. RIALES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 100 F. 3d 957.

No. 96–7723. MARTINEAU *v.* CITY OF CYPRESS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7724. KHANNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7728. MONACO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7733. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7735. CRAIG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7738. CARRASCO RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7739. BOWMAN *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7741. BERARD *v.* GORCZYK, COMMISSIONER, VERMONT DEPARTMENT OF CORRECTIONS, ET AL. C. A. 2d Cir. Certiorari denied.